**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PABLO ENRIQUE MARIN ROJAS, | No. 08-71500 |
| Petitioner, | Agency No. A099-051-138 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 29, 2010[**]

Before:    ALARCÓN, LEAVY, and GRABER, Circuit Judges.

Pablo Enrique Marin Rojas, a native and citizen of Mexico, petitions pro se

for review of the Board of Immigration Appeals' order summarily affirming an

immigration judge's ("IJ") removal order. We have jurisdiction under 8 U.S.C.

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

§ 1252.  Reviewing de novo questions of law, *Castillo-Perez v. INS*, 212 F.3d 518, 523 (9th Cir. 2000), we deny the petition for review.

The IJ properly concluded Rojas was statutorily ineligible for cancellation of removal because he lacks a qualifying relative.  *See* 8 U.S.C. § 1229b(b)(1)(D); *see also Molina-Estrada v. INS*, 293 F.3d 1089, 1093-94 (9th Cir. 2002) (denying cancellation of removal where alien lacked a qualifying relative).

Rojas' remaining contentions are unavailing.

**PETITION FOR REVIEW DENIED.**